**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

GEORGE WAYNE BROOKS,

    Appellant

    v.

CAPTAIN S. SCICCHITANO, SUPT.
THOMAS S. MCGINLEY, KERI MOORE,

    Appellees

: No. 29 WAP 2023
:
:
: Appeal from the Order of the
: Commonwealth Court entered
: September 6, 2023 at No. 294 MD
: 2022.
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**           **DECIDED:  JUNE 18, 2024**

  **AND NOW,** this 18th day of June, 2024, the order of the Commonwealth Court is

**AFFIRMED.**